# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHAEL CAPORASO,

Plaintiff,

v. Case No.: 6:26-cv-858-CEM-LHP

METOCEAN TELEMATICS, a foreign corporation,

Defendant.

## ORDER

On April 20, 2026, Plaintiff Michael Caporaso filed a complaint against Defendant MetOcean Telematics alleging a single claim of retaliation under 42 U.S.C. § 1981. Doc. No. 1. On June 12, 2026, a different entity, MetOcean Telematics Limited, a Canadian corporation, filed an "Opposed Special Appearance, Motion to Quash Service of Process and Dismiss Complaint Without Prejudice, or Alternatively To Require Proper Service With Incorporated Memorandum of Law." Doc. No. 11. In that motion, MetOcean Telematics Limited represents that it is the correct party-Defendant in this case, but that Plaintiff has not effected service on MetOcean Telematics Limited, and instead improperly served a separate affiliated corporation, MetOcean Telematics Inc. *Id.* Accordingly, MetOcean Telematics Limited asks that the complaint be dismissed against it, or alternatively for the Court to direct Plaintiff to effect proper service of process. *Id.*

According to the Local Rule 3.01(g) certification, counsel for Plaintiff "agreed to amend and serve the Canadian entity," but did not otherwise provide a position as to the remainder of the motion. Doc. No. 11, at 6. Nor has Plaintiff filed a response to the motion, and the time to do so has long expired. *See* Local Rule 3.01(d). Thus, the Court deems the motion unopposed in all respects. *Id.* In addition, on June 22, 2026, Plaintiff filed an amended complaint, which now lists MetOcean Telematics, Limited as the sole Defendant. Doc. No. 12. *See also* Fed. R. Civ. P. 15(a)(1)(B). And on August 27, 2026, summons issued as to MetOcean Telematics Limited. Doc. No. 14.

Because Plaintiff has now filed an amended complaint listing the proper Defendant and summons has issued, MetOcean Telematics Limited's motion (Doc. No. 11) is **DENIED AS MOOT.** On or before **October 1, 2026**, Plaintiff shall file proof of service as to MetOcean Telematics Limited, or file an appropriately supported motion requesting additional time to effect service. Fed. R. Civ. P. 4(m). The Clerk of Court is **DIRECTED** to terminate MetOcean Telematics as a party to this action.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record